IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIE MAE JOHNSON**                                                                 **PLAINTIFF**

**VS**                                                        **CIVIL ACTION NO. 3:07CV541-DPJ-JCS**

**UNION NATIONAL LIFE INSURANCE**
**COMPANY, ET AL.**                                                                **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the *ore tenus* motion of the Plaintiff and Defendants, and the Court being advised that said parties have compromised and settled this claim and they desire the Court to dismiss this action with prejudice, is of the opinion that the motion is well taken and should be granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action is dismissed with prejudice, with each party to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 16th day of November, 2007.

                                                                s/ *Daniel P. Jordan III*
                                                                UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Angela Miller
ANGELA MILLER (MB #8398))
Attorney for Plaintiff

/s/ William C. Brabec
WILLIAM C. BRABEC (MB #4240)
Attorney for Defendants

514951